*FILED IN OPEN COURT*
*9/19/05 KJK*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 05-114M-MPT ) ) |
| **PAUL G. LITTLE** | ) ) |
| Defendant. | ) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **19TH** day of **SEPTEMBER, 2005,**

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



F I L E D

SEP 19 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE