AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

PAUL G. LITTLE

**WARRANT FOR ARREST**

REDACTED

CASE NUMBER: 05- /14m-MPT.

**To: The United States Marshal
and any Authorized United States Officer**

**YOU ARE HEREBY COMMANDED** to arrest PAUL G. LITTLE when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

**charging the Defendant with** (brief description of offense),

attempting to knowingly manufacture LSD, a controlled substance,

in violation of Title __21__ United States Code, Section (s) _846 and 841(a)(1) and (b)(1)(B)._

**Honorable Mary Pat Thynge**
Name of Issuing Officer

[signature]
Signature of Issuing Officer

**Bail fixed at $** _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

**September 19, 2005**   Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
Paul Little

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-19-05 | for DOD | [signature] |
| DATE OF ARREST 9-19-05 | William David, DUSM | William David |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __PAUL G. LITTLE__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ .982 _____

SOCIAL SECURITY NUMBER: _   ·8230 _____

HEIGHT: _____ WEIGHT: _____

SEX: __M_____ RACE: __Caucasian_____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____